UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
CATHY O'BRIEN,

        Plaintiff,

   -against-

TABLEAU SOFTWARE, INC., CHRISTIAN CHABOT, ADAM SELIPSKY, WILLIAM P. BOSWORTH, DR. PATRICK HANRAHAN, ELLIOTT H. JURGENSEN, JR., HILARIE KOPLOW-MCADAMS, GERRI MARTIN-FLICKINGER, JOHN MCADAM, BROOKE SEAWELL, and DR. CHRISTOPHER STOLTE,

        Defendants.
----------------------------------------- X

CASE NO.: 1:19-cv-06447

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 29, 2019

Respectfully Submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*_____
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorney for Plaintiff*